AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

CARLOS JAVIER VELASQUEZ

**REDACTED**

## CRIMINAL COMPLAINT

CASE NUMBER: 06- 16M-MPT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 25, 2006,__ in __Kent__ county, in the _____ District of __Delaware__ defendant(s) did, (Track Statutory Language of Offense)

knowingly re-enter the United States after having been twice deported and without the express consent of the Attorney General of the United States or the Undersecretary for Border and Transportation Security of the Department of Homeland Security

in violation of Title __8__ United States Code, Section(s) __1326__.

I further state that I am a(n) __Special Agent, ICE,__ and that this complaint is based on the following
Official Title

facts:   AFFIDAVIT attached.

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continued on the attached sheet and made a part hereof:  [X] Yes  [ ] No

*Michael J. Deshaies*
Signature of Complainant
Michael J. Deshaies, Special Agent
US Immigration & Customs Enforcement

Sworn to before me and subscribed in my presence,

__January 27, 2005__                                at   Wilmington, Delaware
Date                                                      City and State

Honorable Mary Pat Thynge
United States Magistrate
Name & Title of Judicial Officer                          Signature of Judicial Officer

## AFFIDAVIT

I, Michael J. Deshaies, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the Immigration and Naturalization Service (INS). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On January 25, 2006, ICE Dover accompanied the Harrington, DE Police Department to interview a suspect in an alleged sexual assault. The suspect was a minor, so his father accompanied him to the Harrington Police Station, within the District of Delaware. When record checks of ICE indices were run on the father and son, they showed that the father had been deported from the United States twice previously. The father's name is Carlos Javier VELASQUEZ, born on ▓▓▓▓▓▓▓▓ 1964 in Honduras.

4. Your affiant has reviewed computer printouts that show that the subject was deported from the United States to Honduras on September 05, 1996, under alien file number A29 951 879; and excluded and deported from the United States to Honduras on December 01, 1997, under a different alien file number, A76 334 282.

5. Your affiant has received a faxed copy of an executed Form I-205 from alien file number A29 951 879, which shows that VELASQUEZ was deported to Honduras on September 05, 1996.

6. Your affiant queried the subject's fingerprints in an automated system. The results of that query showed that VELASQUEZ was deported on the two occasions cited above.

7. VELASQUEZ, in a sworn statement given to Special Agent William Horn of ICE on January 26, 2006, admitted that he has, in fact, been removed from the United States in September 1996 and December 1997. He stated that he returned to the United States around January of 1998 and has been in the United States ever since then. He stated that he has neither requested nor received Advance Permission to Reapply for Admission to the United States from either the Attorney General or the Undersecretary for Border and Transportation Security of the Department of Homeland Security.

WHEREFORE, your affiant avers that there is probable cause to believe that Carlos Javier VELASQUEZ, a citizen and national of Honduras, was removed by INS/ICE to Honduras on September 05, 1996 and on December 01, 1997, and that, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326.

Michael J. Deshaies
Special Agent
U.S. Immigration & Customs Enforcement