IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 06- 11-UNA |
| CARLOS JAVIER VELASQUEZ, | ) ) |
| Defendant. | ) ) |

**REDACTED**

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

**COUNT ONE**

On or about January 25, 2006, in the State and District of Delaware, Carlos Javier Velasquez, defendant herein, an alien and subject of Honduras, who had been arrested and deported from the United States on or about September 5, 1996, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security had expressly consented to the defendant's re-application for admission, in violation of 8 United States Code, Sections 1326(a).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
UNITED STATES ATTORNEY

Ferris W. Wharton
Assistant United States Attorney

Dated: February 7, 2006



FILED

FEB 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE