IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-11-KAJ |
| | ) | |
| CARLOS JAVIER VELASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Ferris W. Wharton as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                        By: _____
                                               Edmond Falgowski
                                               Assistant United States Attorney
                                               Nemours Building, #700
                                               P.O. Box 2046
                                               Wilmington, Delaware 19899-2046
                                               edmond.falgowski@usdoj.gov

Dated: March 27, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-11-KAJ |
| ) | |
| CARLOS JAVIER VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on March 27, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Esquire
Ecf_ek@msn.com

*Sharon L. Bernardo*