UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-11-KAJ |
| | : | |
| CARLOS JAVIER VELASQUEZ | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

**PLEASE** enter the appearance of Penny Marshall, Esquire as attorney of record on behalf of Defendant,Carlos Javier Velasquez in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  July 12, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Carlos J. Velasquez hereby certifies that a copy of Defendant's Entry of Appearance is available for public viewing and downloading and was electronically delivered on July 12, 2006, to:

> Edmond Falgowski, Esquire
> Assistant United States Attorney
> 1007 Orange Street, Suite 700
> Wilmington, DE  19801

>  /s/_____
> PENNY MARSHALL, ESQUIRE
> Federal Public Defender
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE  19801

DATED:  July 12, 2006