PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. <u>1:06CR00011-001</u> |
| ) | |
| Carlos Javier Velasquez ) | |
| ) | |
| Defendant ) | |

### Petition on Probation and Supervised Release

COMES NOW <u>John G. Selvaggi</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Carlos Javier Velasquez</u>, who was placed on supervision by the Honorable <u>Kent A. Jordan</u> sitting in the court at <u>Wilmington, Delaware</u> on the <u>12th</u> day of <u>July, 2006</u>, who fixed the period of supervision at <u>1 year</u>, and imposed the general terms and conditions theretofore adopted by the Court, and the following special condition:

> If the defendant is deported, his term of supervised release shall run inactively as long as he remains outside of the United States. Should he re-enter the United States after deportation, such action shall be considered a violation of supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Mandatory Condition:** "The defendant shall not commit another federal, state, or local crime."

**Evidence:** Carlos Javier Velasquez was deported to Honduras on November 29, 2006. On June 20, 2007, a federal grand jury in the Western District of Texas handed down a one-count Indictment charging with him with illegal re-entry. According to the Indictment, the defendant was found to be in the United States on June 1, 2007. This case is pending in U.S. District Court for the Western District of Texas, Del Rio Division.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for Carlos Javier Velasquez, so that he can be brought before the Court to answer to the charge of violating the conditions of his supervised release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct, |
|---|---|
| Considered and ordered this __11th__ day of __July__, 20_07_. | |
| _____ | _____ |
| U.S. District Judge | Deputy Chief U.S. Probation Officer |
| | Place    Wilmington, Delaware |
| | Date    June 27, 2007 |