❧AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

CARLOS JAVIER VELASQUEZ

**WARRANT FOR ARREST**

Case Number: 06-CR-011-001-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **CARLOS JAVIER VELASQUEZ**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Violation of Conditions of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**                               BY: *Francesca Passare* (signature)
Name of Issuing Officer                           Signature of Issuing Officer

**CLERK OF COURT**                                 7/12/07                    at Wilmington, Delaware
Title of Issuing Officer                          Date and Location

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Del Rio, Western District of Texas

| DATE RECEIVED 7/12/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/12/07 | | |