



# U. S. DISTRICT COURT
## U. S. PROBATION & PRETRIAL SERVICES
### DISTRICT OF DELAWARE

**JOHN R. MCDONOUGH**
**Chief U. S. Probation Officer**

MAIL ADDRESS:
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

CENTRAL OFFICE LOCATION:
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX: 302-573-6658

BRANCH OFFICE LOCATION:
ROOM 2201, FEDERAL BLDG.
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640

**November 2, 2007**

FILED

**TO:**     **Keith Kincaid**
            **Criminal Docketing Clerk**

**FROM:**   **Kathie Kamen**

**RE:**     **U.S.A. v. VELASQUEZ, Carlos Javier**
            **Our Docket No.: 0311/1:06CR00011-001 – SLR**
            **New Dkt. No.: Unknown**
            **Transfer of Jurisdiction to the WD/TX**

---

Attached please find two original Probation Forms 22 and a copy of the letter from U.S. District Court for the Western District of Texas, accepting jurisdiction of the above-named case. Please forward the case material to their Clerk's Office

The case file materials have been sent to the U. S. Probation Officer Dina Dutson in the WD/TX. We are closing our interest in the case.

Thank you for your assistance in this matter.