## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PROBATION OFFICE



JOE ED CANALES
CHIEF PROBATION OFFICER
SAN ANTONIO - ADMINISTRATION

JOE E. SANCHEZ
DEPUTY CHIEF PROBATION OFFICER
SAN ANTONIO - ADMINISTRATION

ADMINISTRATION
727 E. DURANGO BOULEVARD, ROOM A-405
SAN ANTONIO 78206-1203

800 N. FIFTH STREET
ALPINE 79830-3002

903 SAN JACINTO BOULEVARD, SUITE 121
AUSTIN 78701-2450

111 E. BROADWAY STREET, SUITE 200
DEL RIO 78840-5542

700 E. SAN ANTONIO AVENUE, SUITE 500
EL PASO 79901-7020

100 E. WALL STREET, SUITE P-108
MIDLAND 79701-5200

410 S. CEDAR STREET
PECOS 79772-3200

727 E. DURANGO BOULEVARD, ROOM B-310
SAN ANTONIO 78206-1200

800 FRANKLIN AVENUE, ROOM 100
WACO 76701-1936

October 2, 2007

John G. Selvaggi
Deputy Chief U.S. Probation Officer
J. Caleb Boggs Federal Bldg.
Lockbox #39
844 King Street
Wilmington, DE 19801-3588

**RE: VELASQUEZ, Carlos Javier**
**Transfer of Jurisdiction**

Dear Mr. Selvaggi,

Our Judge has accepted transfer of jurisdiction. Enclosed are 2 signed original Form 22s. Please complete the transfer procedure by having the forms processed with your District Clerk's office. Mr. Velasquez's sentencing is scheduled for January 10, 2008.

Should you need further assistance, please do not hesitate to contact me at (830) 703-2089 ext. 234.

Sincerely,

Dina D. Dutson
United States Probation Officer

FILED
- 5 2007

DD/
Enclosures
(described above)