OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2007

RECEIVED

NOV 2 6 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

William G. Putnicki, Clerk of Court
United States District Court
Western District of Texas
655 East Durango Boulevard, Room G65
San Antonio, TX 78206

RE:   **U.S.A. v. Carlos Javier Velasquez**
      **Criminal Action No. 06 CR 011-SLR**

Dear Mr. Putnicki,

RECEIVED
NOV 29 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

Pursuant to the transfer of jurisdiction order (original attached) regarding Carlos Javier Velasquez, enclosed please find a certified copy of the judgment together with certified copies of the docket and indictment in the above case.

Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _Francesca M. Tassone_
Francesca M. Tassone
Deputy Clerk

Enc.
/fmt

cc:   U.S. Probation
      Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

11/26/07                    _Sylvia Rosas_
Date                        Signature